138 A.3d 543

IN THE MATTER OF ERIC M. WINSTON, AN ATTORNEY AT LAW (ATTORNEY NO. 037822002).

June 27, 2016.

## ORDER

This matter having been duly presented on the motion for reinstatement to practice law filed by **ERIC M. WINSTON** of **MANALAPAN,** who was admitted to the bar of this State in 2002,

and who was temporarily suspended from the practice of law pursuant to *Rule* 1:20–17(e)(i) effective May 1, 2015, by Order filed March 31, 2015;

And the Disciplinary Review Board having reported to the Court that respondent has paid the outstanding administrative costs and interest owed;

And good cause appearing;

It is ORDERED that the motion is granted, and **ERIC M. WINSTON** is reinstated to the practice of law, effective immediately.